UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-CR-192-1-F
No. 5:11-CV-8-F

| | |
|---|---|
| ORVILLE RICHARDS,  )  <br> Petitioner, ) <br> ) <br> v.  ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> Respondent. ) | ORDER |

Orville Richards' ("Richards") Motion to Reopen Based on Ineffective Assistance of Trial Counsel [DE-82] is DENIED as moot. The gravamen of his complaint subsequently was litigated in a § 2255 motion. *See* Order [DE-90]. The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This, the 27th day of December, 2011.

JAMES C. FOX
Senior United States District Judge